# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORALYNN E. WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH JAMES FITZPATRICK, AMBER FITZPATRICK, THOMAS WUEST, MARK BERNDSEN, and CITY OF BREESE, ILLINOIS,<br><br>    Defendants. | Case No. 3:17-cv-00087-JPG-RJD |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Counts I, II, III, V, and XIII of the amended complaint are **DISMISSED with prejudice.** Counts IV, VI, VII, and IX of the amended complaint are **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

DATED: February 27, 2018

                                                           **JUSTINE FLANAGAN,**
                                                           **Acting Clerk of Court**

                                                           **BY:**  s/ Tina Gray
                                                                       **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**