# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORALYNN E. WHITE,

    Plaintiff,

v.

JOSEPH JAMES FITZPATRICK, AMBER FITZPATRICK, THOMAS WUEST, MARK BERNDSEN, and CITY OF BREESE, ILLINOIS,

    Defendants.

Case No. 3:17-cv-00087-JPG-RJD

## AMENDED JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Counts I, II, III, V, and VIII of the amended complaint are **DISMISSED with prejudice.** Counts IV, VI, VII, and IX of the amended complaint are **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

DATED: February 28, 2018

                                    **JUSTINE FLANAGAN,**
                                    **Acting Clerk of Court**

                                    **BY:**   <u>s/Tina Gray</u>
                                                **Deputy Clerk**

**Approved:**
<u>**s/ *J. Phil Gilbert*** </u>
**J. Phil Gilbert**
**U.S. District Judge**