# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORALYNN E. WHITE,

    Plaintiff,

v.

JOSEPH JAMES FITZPATRICK, AMBER FITZPATRICK, THOMAS WUEST, MARK BERNDSEN, and CITY OF BREESE, ILLINOIS,

    Defendants.

Case No. 3:17-cv-00087-JPG-RJD

## MEMORANDUM & ORDER

This matter comes before the Court on the plaintiff's motion for clarification. (Doc. 93.) The Court **GRANTS** the motion and clarifies its prior Memorandum & Order and Judgment (Docs. 80, 81) as follows:

A district court has broad discretion under 28 U.S.C. § 1367(a) in deciding whether to decline jurisdiction over state law claims when no original jurisdiction claims remain pending. *RWJ Mgmt. Co. v. BP Prods. N. Am., Inc.*, 672 F.3d 476, 478 (7th Cir. 2012). In this case, the Court has declined to exercise supplemental jurisdiction over the remaining state law claims—including Joseph Fitzpatrick's and Amber Fitzpatrick's state law counterclaims as well as Counts IV, VI, VII, and IX of the amended complaint. This case is closed.

**IT IS SO ORDERED.**

**DATED: APRIL 2, 2018**

                                                    **s/ *J. Phil Gilbert***
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**